UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL KESETE,

                    Petitioner(s),

    v.

PAMELA BONDI, et al.,

                    Respondent(s).

CASE NO. C26-0676-KKE

ORDER GRANTING MOTION TO
PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 1-1. Petitioner, representing himself, applied to proceed *in forma pauperis* ("IFP") (Dkt. No. 1).

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). In support of his application to proceed IFP, Petitioner submitted a declaration asserting that, for the past 12 months, he has received $0 in income. Dkt. No. 1. As Petitioner does not appear to have the means to pay the filing fee, the Court GRANTS Petitioner's application to proceed IFP (Dkt. No. 1).

Dated this 25th day of February, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS - 1