UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL KESETE,

              Petitioner(s),

    v.

PAMELA BONDI, et al.,

              Respondent(s).

CASE NO. C26-0676-KKE

ORDER GRANTING MOTION TO
APPOINT COUNSEL

Petitioner, representing himself, filed this federal habeas action filed under 28 U.S.C. § 2241. Petitioner has filed a motion to appoint counsel. Dkt. No. 1 at 5–8. Having reviewed Petitioner's motion to appoint counsel (*id.*), the petition for writ of habeas corpus (Dkt. No. 4), and the relevant record, the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, the materials submitted in support of his application to proceed *in forma pauperis* support his financial eligibility for such appointment. *See* Dkt. Nos. 1, 3.

Accordingly, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's motion to appoint counsel. Dkt. No. 1 at 5–8.

(2) This matter is referred to the Office of the Federal Public Defender for review.

(3) The Court requests that the Office of the Federal Public Defender review the petition and advise the Court by March 6, 2026, if it will seek appointment in this matter.

ORDER GRANTING MOTION TO APPOINT COUNSEL - 1

(4) The Clerk is directed to send a copy of this order to Petitioner and to the Office of the Federal Public Defender.

Dated this 26th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO APPOINT COUNSEL - 2