UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL KESETE,

                Petitioner(s),

    v.

PAMELA BONDI, et al.,

                Respondent(s).

CASE NO. C26-0676-KKE

ORDER DENYING IN PART THE TRO MOTION AND DENYING MOTION FOR EXPEDITED BRIEFING

Along with Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, he filed a motion for expedited briefing on his petition and a motion for temporary restraining order ("TRO").  Dkt. Nos. 1, 2, 6.  The Court subsequently issued a scheduling order, setting a similar briefing schedule to the one requested by Petitioner, and requiring that the Government provide notice to Petitioner and any counsel of any intent to transfer Petitioner from this judicial district or remove him from the United States while the petition is pending.  Dkt. No. 5.

The portion of Petitioner's TRO motion requesting expedited briefing, as well as his separate motion requesting an expedited briefing schedule, have been mooted by the Court's scheduling order, and are therefore DENIED IN PART (Dkt. No. 2) or DENIED (Dkt. No. 6) as moot.

Petitioner's TRO motion also requests, however, that the Court enjoin the Government from transferring or removing him while his petition is pending, whereas the scheduling order

ORDER DENYING IN PART THE TRO MOTION AND DENYING MOTION FOR EXPEDITED BRIEFING - 1

requires only notice before a transfer or removal. *Compare* Dkt. No. 2 *with* Dkt. No. 5. The Government shall respond to this part of Petitioner's TRO motion in accordance with Federal Rule of Civil Procedure 65(b) and Local Rules W.D. Wash. LCR 65(b). The clerk is directed to RE-NOTE the TRO motion for February 27, 2026.

The Court also amends the scheduling order (Dkt. No. 5) to require that the Government file on the docket any notice of intent to transfer Petitioner from this District or remove him from the United States.

Dated this 26th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING IN PART THE TRO MOTION AND DENYING MOTION FOR EXPEDITED BRIEFING - 2