THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABEL KESETE, | No. 2:26-cv-00676-KKE |
| Petitioner(s), | |
| v. | STIPULATION AND ORDER EXTENDING DEADLINES IN RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

The undersigned parties hereby stipulate as follows and move this Court for an order continuing the deadlines to file the return and traverse to Petitioner's habeas petition to March 25, 2026 and March 30, 2026 respectively.

**STIPULATION**

1.  Petitioner originally filed his petition for writ of habeas corpus pro se on February 25, 2026. Dkt. 4. The Court issued a scheduling order directing Respondents to file a return by March 11, 2026. Dkt 5. Subsequently, the undersigned counsel appeared for Petitioner. Dkt. 9. After investigation and meeting with Petitioner, counsel for Petitioner filed an amended writ of habeas corpus on March 11, 2026. Dkt. 14.

2.  Respondents have agreed to the filing of the amended petition.

3.  The parties stipulate and agree that Respondents' return should be due 14 days after the filing of the amended petition, on March 25, 2026.

4. The parties further stipulate and agree that Petitioner's traverse should be due 5 days after the filing of Respondents' return, on March 30, 2026.

DATED: March 11, 2026

| UNITED STATES ATTORNEY'S OFFICE | BALLARD SPAHR LLP |
|---|---|
| By: *s/ Jennifer Wong*<br>Jennifer Wong, CA No. 341634<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: jennifer.wong@usdoj.gov<br><br>*Attorney for Federal Respondents* | By: *s/ Andrew G. Yates*<br>Andrew G. Yates, WSBA No. 34239<br>Aaron Schaer, WSBA No. 52122<br>Cassandra Ekure, WSBA No. 52433<br>Kali Clark, WSBA No. 64065<br>yatesa@ballardspahr.com<br>schaera@ballardspahr.com<br>ekurec@ballardspahr.com<br>clarkkr@ballardspahr.com<br><br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Tel: 206-223-7000<br>Fax: 206-223-7107<br><br>*Counsel for Petitioner Abel Kesete*<br><br>I certify that this memorandum contains 170 words, in compliance with the Local Civil Rules |

**ORDER**

Finding good cause, the Court GRANTS the parties' stipulated motion (Dkt. No. 15) and hereby extends the deadline for filing the return to the amended petition to March 25, 2026, and extends the deadline for filing the traverse to March 30, 2026.

DATED this 11th day of March, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge