UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL KESETE,

                      Petitioner(s),

    v.

PAMELA BONDI, et al.,

                    Respondent(s).

CASE NO. C26-0676-KKE

ORDER TO SHOW CAUSE

Petitioner filed a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention. Dkt. Nos. 4, 14. Before his petition could be fully briefed, Petitioner was removed from the United States. Dkt. No. 19 ¶ 4. The Government argues that his petition is now moot and this case should be closed. Dkt. No. 18.

"For a habeas petition to continue to present a live controversy after the petitioner's release or deportation … there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Petitioner is ORDERED TO SHOW CAUSE no later than March 27, 2026, why this case should not be closed at this time. The clerk is directed to RE-NOTE the Government's return (Dkt. No. 18) for March 27, 2026.

Dated this 24th day of March, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1