THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL KESETE,

     Petitioner,

 vs.

PAMELA BONDI, Attorney General of
the United States, et al.,

     Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:26-cv-00676-KKE

STIPULATION AND ORDER TO
DISMISS PETITION FOR WRIT OF
HABEAS CORPUS UNDER FED. R.
CIV. P. 41(a)(1)(A)(ii)

Petitioner Abel Kesete and Respondents, through their undersigned counsel, stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. Respondents have represented that Petitioner has been deported to Germany (*see* Dkts. 18-19), making his habeas petition challenging the calculation of his release date moot.

//

//

STIPULATION AND ORDER TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS - 1
No. 2:26-cv-00676-KKE

DATED this 24th day of March 2026.

UNITED STATES ATTORNEY'S OFFICE    BALLARD SPAHR LLP


By: *s/ Jennifer Wong*                    By: *s/ Andrew G. Yates*
Jennifer Wong, CA No. 341634       Andrew G. Yates, WSBA No. 34239
Assistant United States Attorney    Aaron Schaer, WSBA No. 52122
United States Attorney's Office      Cassandra Ekure, WSBA No. 52433
Western District of Washington      Kali Clark, WSBA No. 64065
700 Stewart Street, Suite 5220      yatesa@ballardspahr.com
Seattle, Washington 98101-1271    schaera@ballardspahr.com
Phone: 206-553-7970                  ekurec@ballardspahr.com
Fax: 206-553-4067                      clarkkr@ballardspahr.com
Email: jennifer.wong@usdoj.gov

*Attorney for Federal Respondents*       1301 Second Avenue, Suite 2800
                                                          Seattle, WA 98101
                                                          Tel: 206-223-7000
                                                          Fax: 206-223-7107

                                                          *Counsel for Petitioner Abel Kesete*

                                                          I certify that this memorandum contains 78
                                                          words, in compliance with the Local Civil
                                                          Rules

STIPULATION AND ORDER TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS - 2
No. 2:26-cv-00676-KKE

## <u>ORDER</u>

THIS MATTER comes before the Court upon the stipulation of the parties.  Dkt. No. 21. This stipulation satisfies the Court's previous order to show cause (Dkt. No. 20), which is now lifted.

Having considered the stipulation and the balance of the record, the Court GRANTS the stipulated motion to dismiss (Dkt. No. 21) and ORDERS that the case is dismissed with prejudice as to all claims, causes of action, and parties. Each party shall bear their own attorney's fees and costs.

DATED this 25th day of March, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS - 3
No. 2:26-cv-00676-KKE